# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL ANDRE MORRISON,

*Petitioner,*

vs.

DWIGHT NEVEN, *et al.,*

*Respondents.*

Case No. 2:14-cv-00815-JAD-PAL

**ORDER**

Court mail has been returned from the last institutional address given by petitioner, with a notation reflecting that he no longer is in custody. Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

**IT THEREFORE IS ORDERED** that this action shall be **DISMISSED** without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

Dated: July 2, 2014.

_____
JENNIFER A. DORSEY
United States District Judge